UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:22-cv-07097-FWS-MAR** | Date: September 12, 2025 |
| Title *Harold C. Lee v. Maranda et al* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On June 11, 2025, Defendant filed a Motion for Summary Judgment. Dkt. 53. On June 12, 2025, the Court issued an order directing Plaintiff to file an opposition to the Motion for Summary Judgment by July 14, 2025. Dkt. 54. The Court also issued an order detailing the requirements for opposing a Motion for Summary Judgment. Dkt. 55.

The due date for Plaintiff's opposition to the Motion for Summary Judgment has long passed, but Plaintiff has not filed an opposition or a notice of non-opposition, or corresponded with the Court at all. Accordingly, Plaintiff is ordered to show cause in writing **within fourteen (14) days** of this order, **by September 26, 2025**, why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b). Plaintiff may discharge this order by filing an opposition or notice of non-opposition to Plaintiff's Motion for Summary Judgment. **Plaintiff is expressly advised that failure to timely file a response to this order will result in the Motion for Summary Judgment being deemed submitted without his opposition and/or dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

| | Initials of Preparer | : |
|---|---|---|
| | | vv |