UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:22-cv-07097-FWS-MAR** | Date: November 20, 2025 |
| Title | *Harold C. Lee v. Maranda et al* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On June 11, 2025, Defendant filed a Motion for Summary Judgment. Dkt. 53. On June 12, 2025, the Court issued an order directing Plaintiff to file an opposition to the Motion for Summary Judgment by July 14, 2025. Dkt. 54. The Court also issued an order detailing the requirements for opposing a Motion for Summary Judgment. Dkt. 55.

Plaintiff did not comply with the Court's June 12, 2025 order. On September 12, 2025, the court, noting that the previous deadline had "long passed," ordered Plaintiff to show cause, no later than September 26, 2025, why this action should not be dismissed under Rule 41(b) for failure to prosecute. Dkt. 56; See Fed. R. Civ. P. 41(b). The court expressly advised Plaintiff that failure to respond would result in the Motion for Summary Judgment being deemed unopposed, and/or in the dismissal of this action. Dkt. 56. As of the date of this order, Plaintiff has not responded to the court's September 12 order, or filed any other document.

Accordingly, Plaintiff is once again ordered to show cause why this action should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b). Plaintiff may discharge this order by filing an opposition or notice of non-opposition to Plaintiff's Motion for Summary Judgment no later than December 8, 2025. **Plaintiff is expressly advised that failure to timely file a response to this order will result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).** No further notice shall be given.

**IT IS SO ORDERED.**

| | Initials of Preparer | : |
|---|---|---|
| | | vv |