UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD C. LEE, | Case No. 2:22-cv-07097-FWS-MAR |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MARANDA ET AL, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DISMISSING** this action with prejudice and without leave to amend.

Dated:  March 31, 2026

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE