JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD C. LEE, | Case No. 2:22-cv-07097-FWS-MAR |
| Plaintiff, | |
| v. | JUDGMENT |
| MARANDA ET AL, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  March 31, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE